Daniel Sadeh, Esq.
**HALPER SADEH LLP**
667 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTON RABINOVICH,<br><br>  Plaintiff,<br><br>  v.<br><br>VIDLER WATER RESOURCES, INC., MAXIM C.W. WEBB, DOROTHY TIMIAN-PALMER, NICOLE WEYMOUTH, ERIC H. SPERON, and GREGORY BYLINSKY,<br><br>  Defendants. | Case No: 1:22-cv-02509-AMD-MMH<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

  PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Anton Rabinovich hereby voluntarily dismisses the above-captioned action. Defendants have not served an answer or a motion for summary judgment.

| | |
|---|---|
| Dated: May 27, 2022 | Respectfully submitted,<br><br>**HALPER SADEH LLP**<br><br>By: /s/ Daniel Sadeh<br>Daniel Sadeh, Esq.<br>667 Madison Avenue, 5th Floor<br>New York, NY 10065<br>Telephone: (212) 763-0060<br>Facsimile: (646) 776-2600<br>Email: sadeh@halpersadeh.com<br><br>*Counsel for Plaintiff* |

2

**CERTIFICATE OF SERVICE**

      I, Daniel Sadeh, hereby certify that on May 27, 2022, a true and correct copy of the annexed **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: May 27, 2022                                                          /s/ Daniel Sadeh
                                                                                              Daniel Sadeh